UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA T. CRISAN, | ) | CASE NO. 1:14-CV-384 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF REMAND |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the joint stipulation of the parties to remand this action pursuant to the fourth sentence of 42 U.S.C. § 405(g). (Doc. No. 14.) The Court construes the joint stipulation as a motion to remand, which is **GRANTED** for the purposes of the further proceedings described therein.

**IT IS SO ORDERED**.

Dated: July 29, 2014

                                                **HONORABLE SARA LIOI**
                                                **UNITED STATES DISTRICT JUDGE**